IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEET NATIONAL BANK,<br><br>Plaintiff,<br><br>v.<br><br>LASALLE BUSINESS CREDIT, LLC,<br><br>Defendant. | Case No.<br>Judge |

## NOTICE OF REMOVAL

To: The Judges of the United States District Court for the District of Massachusetts

Joseph Demeo
Demeo & Associates, PC
One Lewis Wharf
Boston, MA 02110

Clerk of the Superior Court
Suffolk County, Massachusetts

Pursuant to 28 U.S.C. § 1441(a) and (b), Defendant LASALLE BUSINESS CREDIT, LLC ("LaSalle"), a Delaware limited liability corporation, by and through its attorneys, hereby removes the above-captioned action from the State of Massachusetts, County of Suffolk, to the United States District Court for the District of Massachusetts.

In support of this Removal Petition, LaSalle states as follows:

### I. The State Court Action

1. On September 30, 2004, Plaintiff Fleet National Bank ("Fleet") commenced an action against LaSalle in the Trial Court of Massachusetts, Superior Court Department, Suffolk County, Massachusetts, entitled *Fleet National Bank v. LaSalle Business Credit, LLC* as case number 04-4317 (the "State Court Action"). In the State Court Action, Fleet

268197.1 042314-34311

seeks to recover moneys to which it claims it is entitled from LaSalle, located in New York. A copy of the complaint in the State Court Action (complete with the exhibits to the complaint) is attached hereto as exhibit A.

2. The registered agent of LaSalle was served with the summons and a copy of the complaint for the State Court Action on or about September 30, 2004. A copy of the summons is attached hereto as Exhibit B. Aside from the summons and complaint, no further process, pleadings or orders have been served upon LaSalle or have been had in the State Court Action.

3. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is filed within 30 days after LaSalle was served with a copy of the summons and complaint for the State Court Action on September 30, 2004.

4. Written notice of the filing of this Notice of Removal shall be promptly given to Fleet, and together with a copy of the Notice of Removal, will be filed with the Clerk of the Trial Court of Massachusetts, Superior Court Department, Suffolk County, Massachusetts pursuant to 28 U.S.C. § 1446(d).

## II. Basis for Subject Matter Jurisdiction

1. This Court has original jurisdiction of the State Court Action pursuant to the provisions of 28 U.S.C. § 1332 and the State Court Action is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441(b).

2. The State Court Action is a suit of a civil nature at common law or in equity in which LaSalle is a Delaware corporation with its principal place of business in New York, New York. Fleet is a national banking association organized under the laws of the United

States with a principal place of business in Boston, Massachusetts. Thus, there is complete diversity of citizenship between the parties.

3.  Further, the complaint in the State Court Action together with its exhibits establishes that the amount in controversy exceeds $75,000. Specifically, Fleet is seeking to recover in excess of $11 million from LaSalle under five theories: breach of contract (Count I), breach of implied covenant of good faith and fair dealing (Count II), unjust enrichment (Count III), Chapter 93 (Count IV), injunctive relief (Count V) a breach of contract action against LaSalle. In addition, Fleet is seeking attorneys' fees which will be extensive in this case.

WHEREFORE, LASALLE BUSINESS CREDIT, LLC respectfully requests that the above-captioned action now pending in the Trial Court of Massachusetts, Superior Court Department, Suffolk County, Massachusetts, case number 04-4317 and entitled *Fleet National Bank v. LaSalle Business Credit, LLC*, be removed to this Court.

October 13, 2004

Respectfully submitted,

LASALLE BUSINESS CREDIT, LLC

By: _____
Christopher J. Panos

Christopher J. Panos
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
Phone: (617) 367-9500
Fax:   (617) 742-1788

Bret A. Rappaport
Eric S. Rein
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601
Phone: (312) 346-1300
Fax: (312) 782-8416

## CERTIFICATE OF SERVICE

I, Christopher J. Panos, an attorney, hereby certify that I caused true and correct copies of the foregoing Notice of Removal to be served upon the parties listed below via Overnight Federal Express Delivery this 13th day of October 2004.

Joseph Demeo
Demeo & Associates, PC
One Lewis Wharf
Boston, MA 02110

Clerk of the Superior Court
Suffolk County, Massachusetts

_____
Christopher J. Panos