IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FLEET NATIONAL BANK,

    Plaintiff,

v.

LASALLE BUSINESS CREDIT, LLC,

    Defendant.

Case No.
Judge

04 12161 DPW

FILED
Clerk's Office
USDC, Mass.
Date 10/13/04
By _____
Deputy Clerk

MOTION PURSUANT TO LOCAL RULE 83.5.3(b)
OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS FOR ADMISSION OF BRET A. RAPPAPORT,
ERIC S. REIN AND BETHANY N. SCHOLS PRO HAC VICE

    Christopher J. Panos, a member of the bar of the United States District Court for the District of Massachusetts, who has, concurrent with this motion, filed an appearance in this matter, moves for entry of an order authorizing Bret A. Rappaport, Eric S. Rein and Bethany N. Schols to practice *pro hac vice* before the United States District Court for the District of Massachusetts to represent LaSalle Business Credit, LLC, a Delaware limited liability corporation, in the above-captioned proceedings, pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts. In support thereof, the certificates of Bret A. Rappaport, Eric S. Rein and Bethany N. Schols, required by Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts are attached hereto as Exhibits A - C.

Dated: October 13, 2004

_____
Christoper J. Panos (BBO#555273)
Craig and Macauley
   Professional Corporation
600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500

FILING FEE PAID:
RECEIPT #
AMOUNT
BY
DATE

1

## CERTIFICATE OF SERVICE

I, Christopher J. Panos, hereby certify that a copy of the foregoing *Motion Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts for Admission of Bret A. Rappaport, Eric S. Rein and Bethany N. Schols Pro Hac Vice* has been served by overnight delivery service upon the following at the indicated address:

Joseph Demeo
Demeo & Associates, PC
One Lewis Wharf
Boston, MA 02110

Dated: October 12, 2004

Christopher J. Panos

Exhibit A

I, Bret A. Rappaport, hereby certify, pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, that I am eligible for admission *pro hac vice* to this Court, am admitted to practice in Illinois, the United States District Court for the Northern District of Illinois, the United States Court of Appeals for the Seventh Circuit and the United States Supreme Court, and am in good standing in every jurisdiction where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Sworn to under the penalties of perjury.

Dated: October 11, 2004

Bret A. Rappaport
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601
Telephone: 312-346-1300
Telecopier: 312-782-8416

Exhibit B

I, Eric S. Rein, hereby certify, pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, that I am eligible for admission *pro hac vice* to this Court, am admitted to practice in Illinois, Florida, the United States District Court for the Northern District of Illinois and the United States Court of Appeals for the Fourth and Seventh Circuit, and am in good standing in every jurisdiction where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Sworn to under the penalties of perjury.

Dated: October 11, 2004

Eric S. Rein
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601
Telephone: 312-346-1300
Telecopier: 312-782-8416

Exhibit C

I, Bethany N. Schols, hereby certify, pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, that I am eligible for admission *pro hac vice* to this Court, am admitted to practice in Illinois, the United States District Court for the Northern District of Illinois and the United States Court of Appeals for the Seventh Circuit, and am in good standing in every jurisdiction where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Sworn to under the penalties of perjury.

Dated: October 11, 2004

Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601
Telephone: 312-346-1300
Telecopier: 312-782-8416