## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLEET NATIONAL BANK, | |
| Plaintiff, | |
| v. | Case No. 04-12161-DPW |
| LASALLE BUSINESS CREDIT, LLC, | |
| Defendant. | |

## MOTION TO EXTEND RESPONSE DATE

LaSalle Business Credit, LLC ("LaSalle") hereby moves that this Court enter an Order extending the time for LaSalle to file a responsive pleading to the Complaint served by Fleet National Bank, N.D ("Fleet") until November 8, 2004. Notice of Removal was filed in this case on October 18, 2004.

This action arises from a "check kiting" scheme that appears to have been perpetrated by an entity that was a depositor of Fleet and borrower of LaSalle. LaSalle and Fleet are parties to a blocked account agreement whereby Fleet would regularly wire to LaSalle funds deposited by LaSalle's borrower. Fleet and LaSalle have been engaged in discussions during the time since the scheme was discovered. The borrower is now in a Chapter 11 proceeding.

LaSalle has offered to return to Fleet all funds that Fleet paid to LaSalle on behalf of the borrowers where deposits made by the borrower have been dishonored, net of subsequent deposits held by Fleet made by or on behalf of the borrower to offset Fleet's loss. LaSalle expects that such amounts will be accounted for by Fleet and this matter will be resolved prior to November 8, 2004. LaSalle requests that this Court extend the response date to avoid the legal fees and judicial resources that may be required to be expended absent such an extension.

WHEREFORE, LaSalle requests that this Court extend the date by which LaSalle must file a responsive pleading to the Complaint served by Fleet until and including November 8, 2004.

October 25, 2004

Respectfully submitted,

LASALLE BUSINESS CREDIT, LLC

By: /s/ Christopher J. Panos
_____
Christopher J. Panos

Christopher J. Panos (BBO#555273)
Brendan C. Recupero (BBO #645032)
Patrick W. Manzo (BBO #651891)
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
Phone: (617) 367-9500
Fax:    (617) 742-1788

Bret A. Rappaport
Eric S. Rein
Bethany N. Schols
Schwartz, Cooper, Greenberger & Krauss, Chtd.
180 N. LaSalle Street, Suite 2700
Chicago, IL  60601
Phone: (312) 346-1300
Fax: (312) 782-8416

## CERTIFICATE OF SERVICE

I, Christopher J. Panos, an attorney, hereby certify that I caused true and correct copies of the foregoing Motion to Extend Response Date to be served upon the parties listed below by first class mail this 25th day of October 2004.

Joseph Demeo
Demeo & Associates, PC
One Lewis Wharf
Boston, MA 02110

_____
Christopher J. Panos

3