UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **FLEET NATIONAL BANK,**<br>          Plaintiff,<br><br>     v.<br><br>**LaSALLE BUSINESS CREDIT LLC,**<br>          Defendant. | )<br>)<br>)<br>) Civil Action No. 04-12161-DPW<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i), the Plaintiff Fleet National Bank hereby dismisses all of its claims in the above-captioned matter without prejudice.

**FLEET NATIONAL BANK**
By its attorneys,

/s/ Lawrence S. Delaney
Joseph L. Demeo, BBO # 561254
Lawrence S. Delaney, BBO, # 557063
Stephanie Taverna Siden, BBO # 643373
DEMEO & ASSOCIATES, P.C.
One Lewis Wharf
Boston, MA 02110
617-263-2600
LDelaney@JDemeo.com